IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                                    PLAINTIFF

V.                         Case No. 3:10-cv-00046-DPM

DICK BUSBY, TERESSA BONNER,
SCHRADER, and LINDSEY PETERSON                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommended Disposition — to which Nathaniel Fitzgerald filed no objection. The Court adopts Magistrate Judge Volpe's Proposed Findings and Recommended Disposition. Because Fitzgerald's amended complaint fails to state a claim against Defendant Sheriff Dick Busby, he is dismissed from this case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 July 2010