**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NATHANIEL L. FITZGERALD,
ADC #84210                                                                                              PLAINTIFF

v.                                          3:10-cv-00046-DPM-JJV

DICK BUSBY, Sheriff of Crittenden
County; *et al.*                                                                                      DEFENDANTS

### ORDER

In anticipation of the Evidentiary Hearing scheduled at 9:30 a.m. on April 20, 2011, in Little Rock, Arkansas, Plaintiff has submitted a Witness List (Doc. No. 35) requesting one witness besides himself. The witness is identified only as the Defendant who stole his mail. Defendants state they cannot ensure the attendance of or produce a witness not identified by name (Doc. No. 38). Plaintiff's proposed witness is DENIED at this time. Plaintiff should notify the Court when he is able to identify this witness by name.

The Arkansas Department of Correction is directed to transport Nathaniel Fitzgerald, ADC # 84210, together with his medical file, to the Richard Sheppard Arnold United States Courthouse, 600 West Capitol, Courtroom 2C, Little Rock, Arkansas, for the April 20, 2011 Hearing.

IT IS SO ORDERED this 7th day of April, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE