## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                    PLAINTIFF

v.                          Case No. 3:10-cv-46-DPM

TERESA BONNER, SHRADER,
and LINDSEY PETERSON                                    DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommendations, *Document No. 66*, to which Nathaniel Fitzgerald has not objected. The Court sees no legal error and no clear error of fact on the face of this record as a whole. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court therefore adopts Judge Volpe's recommendation as its own. FED. R. CIV. P. 72(b). Defendants' motion for summary judgment, *Document No. 49*, is granted. And Fitzgerald's complaint is dismissed with prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_9 June 2011_