IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATHANIEL L. FITZGERALD
ADC #84210                                                                    PLAINTIFF

v.                          Case No. 3:10-cv-46-DPM

TERESA BONNER, SHRADER,
and LINDSEY PETERSON                                                DEFENDANTS

## JUDGMENT

Nathaniel Fitzgerald's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2011